**FILED**
December 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KRISTOPHER LORENZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-00389-CKD <br> Violation Number: L0127126/OR48 <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kristopher Lorenz</u>; Case <u>2:11-mj-00389-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons: ~~First~~ Case dismissed.

 _X_   ~~Release on Personal Recognizance~~

 _   Bail Posted in the Sum of _____

 _   Unsecured Appearance Bond in the amount of $

 _   Appearance Bond with 10% Deposit

 _   Appearance Bond secured by Real Property

 _   Corporate Surety Bail Bond

 _X_   (Other) Outstanding warrant is ordered recalled.

Issued at  Sacramento, CA  on  December 29, 2011  at  2:15 p.m.

By  _Carolyn Delaney_
Carolyn K. Delaney
United States Magistrate Judge